IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KURTIS SABO, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>EXPRESS SERVICES INC.,<br><br>              Defendant. | Case No. 5:24-CV-00974-J<br><br>Hon. Judge Bernard M. Jones |
| RUSSELL KARLI, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>EXPRESS SERVICES INC.,<br><br>              Defendant. | Case No. 5:24-CV-01021-HE<br><br>Hon. Judge Joe Heaton |
| KRISTIN LUNSFORD, on behalf of herself and on behalf of all other similarly situated individuals,<br><br>              Plaintiff,<br>v.<br><br>EXPRESS SERVICES, INC.,<br><br>              Defendant. | Case No. 5:24-cv-01123-SLP<br><br>Hon. Judge Scott L. Palk |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES**

Plaintiffs Kurtis Sabo, Russell Karli, and Kristin Lunsford, individually and on behalf of all others similarly situated, respectfully move this Court for an order consolidating the above-captioned matters pursuant to Federal Rule of Civil Procedure 42(a), as well as any future related actions that may be filed, under the docket of the first-

filed case (Case No. 5:24-CV-00974) and under the new caption "*In re Express Services, Inc. Data Breach Litigation.*" In support of this Motion, Plaintiffs submit an accompanying Memorandum of Law and Proposed Order. Defendant does not oppose the relief requested herein.

Dated: November 8, 2024

*/s/: William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com

*Proposed Interim Lead Class Counsel for Plaintiffs and the Putative Class*

Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Email: kpb@federmanlaw.com

*Attorney for Plaintiff Lunsford and Sabo*

Gary M. Klinger
(admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com

*Attorney for Plaintiff Sabo*

Leigh S. Montgomery
(admitted *pro hac vice*)
**EKSM, LLP**
1105 Milford Street
Houston, TX 77006
Ph: (888) 350-3931
Fax: (888) 276-3455

*Attorney for Plaintiff Russell Karli*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2024, this motion was filed in the United States District Court for the Western District of Oklahoma, and a true and correct copy of this motion was served via ECF on all counsel of record appearing in this case.

*/s/: William B. Federman*