## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE EXPRESS SERVICES, INC. DATA BREACH LITIGATION | Case No. 5:24-cv-00974 |

## JOINT MOTION TO STAY DEADLINES

Defendant Express Services, Inc. ("Defendant") and Plaintiffs Kurtis Sabo, Russell Karli, and Kristin Lunsford ("Plaintiffs") (collectively, the "Parties") jointly and respectfully move to stay all deadlines in this matter, including Defendant's upcoming deadline to respond to the Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 23), for sixty (60) days, up to and including April 7, 2025. In support of this Motion, the Parties state as follows:

1. On November 26, 2024, the Court entered an Order setting certain deadlines in this matter. *See* Dkt. No. 18.

2. Plaintiffs filed their Consolidated Class Action Complaint on December 23, 2024. *See* Dkt. No. 23.

3. Defendant's answer deadline is February 6, 2025. *See* Dkt No. 18.

4. The Parties have agreed to explore the potential for early resolution of this matter, and have scheduled a mediation for March 25, 2025, with Hon. David E. Jones (Ret).

5. In an effort to facilitate settlement discussions and conduct the mediation, the Parties have agreed to stay all deadlines in the case, including the deadline for Defendant to answer, move or otherwise respond to the Complaint, for sixty (60) days, up to and including April 7, 2025.

6. This request for extension is made in good faith and not for the purpose of delay.

WHEREFORE, the Parties respectfully request that this Court enter an Order staying all deadlines for sixty (60) days and extending Defendant's deadline to answer, move or otherwise respond to the Complaint to April 7, 2025.

Respectfully submitted on this 5th day of February 2025.

*s/Gregg J. Lytle*_____
Gregg J. Lytle, OBA #20759
GORDON REES SCULLY MANSUKHANI
8211 E Regal Place, Suite 100
Tulsa, OK 74133
Telephone: (539) 235-5520
Email: glytle@grsm.com

*Counsel for Defendant*

*s/ William B. Federman*_____
William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com

*Interim Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2025, a copy of the Joint Motion to Stay Deadlines filed by Defendant Express Services, Inc. was served electronically by the CM/ECF system upon all counsel of record.

Dated: February 5, 2025

<i>s/Gregg J. Lytle</i>_____