**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE EXPRESS SERVICES, INC. DATA BREACH LITIGATION )<br>)<br>)<br>)<br>) | Case No. CIV-24-974-J |

## **ORDER**

Currently pending is the parties' joint motion to stay deadlines while they pursue settlement. [Doc. No. 24]. For good cause shown, the motion is GRANTED. The parties shall jointly notify the Court as to the outcome of the scheduled March 25, 2025 mediation within twenty-four hours thereafter. If necessary, Defendant's answer or other response shall be filed no later than April 7, 2025.

IT IS SO ORDERED this 7th day of February, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE