# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE EXPRESS SERVICES, INC. DATA )
BREACH LITIGATION )
)
)     Case No. CIV-24-974-J
)

## ORDER

Currently pending is Plaintiff's unopposed motion for preliminary approval of class action settlement. [Doc. No. 39]. A telephonic hearing on the motion will occur on Thursday, September 18, 2025 at 10:30 a.m. The parties will be contacted with further instructions.

IT IS SO ORDERED this 4th day of September, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE