**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE EXPRESS SERVICES, INC. DATA ) <br> BREACH LITIGATION                                    ) <br>                                                              ) <br>                                                              ) <br>                                                              ) | Case No. 5:24-cv-00974-J |

**ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION FOR DEFENDANT EXPRESS SERVICES, INC.**

COMES NOW, Christopher S. Norcross of the law firm of **Gordon Rees Scully Mansukhani** and hereby enters their appearance on behalf of the Defendant EXPRESS SERVICES, INC. ("Defendant"), and respectfully requests that their appearance be entered on the appearance docket of the Court, and that they be served with copies of all future pleadings, instruments, and orders filed in this lawsuit. Mr. Norcross will be designated as lead counsel. Gregg J. Lytle will no longer be counsel on this matter as he has left Gordon & Rees' employment, and he should also be withdrawn as counsel of record.

Dated: September 17, 2025                    Respectfully submitted,

                                              **GORDON REES SCULLY MANSUKHANI**

                                              */s/ Christopher S. Norcross*
                                              Christopher S. Norcross, OBA #33665
                                              8211 E. Regal Place, Suite 100
                                              Tulsa, OK  74133
                                              Phone: (539) 235-5524
                                              cnorcross@grsm.com

                                              *Attorneys for Defendant, Express Services, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on September 17, 2025 a true and correct copy of the foregoing document was filed in the United States District Court for the Western District of Oklahoma, and a true and correct copy of this was served via ECF on all counsel of record appearing in this case.


                                              */s/ Christopher S. Norcross*
                                              Christopher S. Norcross