**MINUTE SHEET** - Motion on Settlement Hearing          DATE  September 18, 2025

CASE NO. <u>CIV-24-974-J</u>          Style: <u>Sabo, et al. V. Express Services, Inc.</u>

COMMENCED: 10:30 A.M.          ENDED: 11:00 A.M.          TOTAL TIME: 30 mins

<u>JUDGE Bernard M. Jones</u>          DEPUTY: D. Wayne Lee          COURT REPORTER: Sherri Grubbs

| Plf Counsel: Kennedy Marie Bran William B. Federman | Dft Counsel: Christopher J. Norcross |
|---|---|

Counsel makes appearances.

COURTROOM MINUTE:

The Court approve the Preliminary Settlement.   A final Order will be entered.